

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00443-CV

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**,
Appellant

v.

Peter **REININGER**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21617
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the portion of the trial court's April 12, 2019 judgment awarding actual damages to appellee Peter Reininger under section 541.152(a) of the Texas Insurance Code is AFFIRMED. The portion of the trial court's judgment awarding Reininger additional damages under section 541.152(b) of the Texas Insurance Code is REVERSED, and we RENDER judgment for appellant Allstate Vehicle and Property Insurance Company on that issue. In light of our disposition of this case, we REVERSE the trial court's award of attorney's fees to Reininger and REMAND this matter for a new trial on attorney's fees. We ORDER the costs of this appeal to be paid by the parties that incurred them.

SIGNED November 25, 2020.

_Beth Watkins_
Beth Watkins, Justice